1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA | Case No.: 1:23-cr-00193 JLT |
| 12           Plaintiff, | ORDER GRANTING MOTION FOR EARLY |
| 13      v. | TERMINATION OF SUPERVISED RELEASE |
| 14  ANDRE ANDERSON, | (Doc. 3) |
| 15           Defendant. | |

16

17         Mr. Anderson seeks early termination of his supervised release. The U.S. Probation Office

18  and the U.S. Attorney's Office agree with Mr. Anderson's request.

19         It appears to the Court that Mr. Anderson has complied with the terms of supervised

20  release, and he has taken full advantage of the of the services and support provided by supervised

21  release. He has had "an exemplary record" (Doc. 3 at 1) while on supervised release. For these

22  reasons, and after considering all of the § 3583(e)(1) factors, the motion for early termination of

23  supervised release is **GRANTED**.

24
25  IT IS SO ORDERED.

26      Dated:   **June 25, 2025**                           _Jennifer L. Thurston_
                                                          UNITED STATES DISTRICT JUDGE
27
28